meeting of the board of directors of respondent corporation, *pendente lite*, and for other relief, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ AUDREY J. COHEN et al., Appellants, v. GEORGE YUDKO, Respondent.— Order, entered on September 7, 1960, denying plaintiffs' motion for an order granting a Trial Term preference to the action herein, pursuant to subdivision 5 of rule V of the Trial Term Rules of the Supreme Court, New York County, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of the Arbitration between ISRAEL CUMMINGS, Respondent, and WALMAR BUILDERS, INC., Appellant.— Order, entered on April 19, 1960, granting petitioner-respondent's application to stay an action brought by the respondent-appellant in the Municipal Court of the City of New York, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ STANLEY SCHOEN et al., Appellants, v. MORGAN TRUCKING CO., INC., et al., Respondents, et al., Defendant.— Order, entered on December 22, 1960, vacating plaintiffs' notice of examination of the defendants dated November 30, 1960, unanimously reversed, on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to the appellants, and the motion denied, with $10 costs. An examination before trial of a party may be had on notice. The nonresidence of the defendants, absent a showing of hardship, not demonstrated on this record, does not preclude an examination in the county where the action is pending. (*Levett & Co.* v. *Randall,* 9 A D 2d 732.) Settle order on notice fixing date for examination to proceed. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ CHRISTIAN DIOR, SOCIETE A RESPONSABILITE LIMITEE, et al., Respondents, v. FREDERICK L. MILTON, Appellant, et al., Defendants.— Order, entered on January 25, 1961, granting plaintiffs' motion for a further examination before trial, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ CHRISTIAN DIOR, SOCIETE A RESPONSABILITE LIMITEE, et al., Respondents, v. FREDERICK L. MILTON et al., Appellants, et al., Defendants.— Order, entered on January 9, 1961, denying defendants' motion to vacate subpœnas served on Western Union Telegraph Company, RCA Communications, Inc., Mackay Radio and Telegraph Co., Inc., and The Commercial Cable Co., unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ JEAN M. BLACK, Appellant, v. WILLIAM BLACK, Respondent, et al., Defendant.— Order, entered on February 20, 1961, granting defendant's motion for the appointment of a custodian for certain securities, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RAYMOND BISHER.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ LEROY ROSELIEVE v. ERIE RAILROAD COMPANY.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 13, 1961, with notice of argument for April 25, 1961, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.